UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-2019

EDWIN DIAZ, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

SWIFTWICK INTERNATIONAL, INC.,

    Defendant.

Case No.: 1:19-cv-06974

## STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendant having not served an answer or a motion for summary judgment, Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action, with prejudice, resolving all matters in dispute having been made and each party to bear his or its own attorneys' fees and costs.

Dated: December 2, 2019

_____
Joseph H. Mizrahi
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 10017-6705
Joseph@cml.legal
Tel: 929.575.4175
*Attorney for Plaintiff*

Dated: December 2, 2019

_____
Vincent Velardo
Litchfield Cavo
420 Lexington Ave., Suite 2105
velardo@itchfieldcavo.com
Tel: 212.434.0100

*Attorney for Defendant*

SO ORDERED:

Dated: December 3, 2019

_____
The Honorable Judge Laura Taylor Swain, U.S.D.J.

{Legal/41134/17996/02264684.DOCX-2}-15-